# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN ANN CALDWELL | Case No.: 1:17-cv-00537-EPG |
| Plaintiff, | STIPULATION TO EXTEND TIME and PROPOSED ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Gwendolyn Ann Caldwell and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 29 days from September 28, 2017 to October 27, 2017 for Plaintiff to send her Letter Brief to defendant, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 22, 2017    Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro* _____
　　Brian C. Shapiro
　　Attorney for plaintiff
　　Gwendolyn Ann Caldwell


DATE: September 22. 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


BY: /s/ *Jennifer A. Kenney* _____
　　Jennifer A. Kenney
　　Special Assistant United States Attorney
　　Attorneys for defendant Nancy A. Berryhill
　　|*authorized by e-mail|

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 26, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Brian C. Shapiro

_____
Brian C. Shapiro
Attorneys for Plaintiff

# **ORDER**

Based on the above stipulation, Plaintiff's request to extend the time to serve her letter brief by 29 days, from September 28, 2017 to October 27, 2017, is granted. All subsequent due dates shall also be extended by twenty-nine (29) days.

IT IS SO ORDERED.

Dated: **September 27, 2017**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-4-